```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 09534
   PETER SMITH
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-6215


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/16/2005 and was confirmed 06/30/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 05/07/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                   PAID          PAID
--------------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED            7950.00           414.49         7950.00
HSBC AUTO FINANCE          UNSECURED           320.35             .00           320.35
ILLINOIS DEPT OF REVENUE   PRIORITY              38.20            .00            38.20
ILLINOIS DEPT OF REVENUE   NOTICE ONLY      NOT FILED             .00              .00
ADT SECURITY SERVICES      UNSECURED         NOT FILED            .00              .00
ARVIND KALELKAR            UNSECURED           500.00             .00           500.00
VILLAGE OF LANSING         UNSECURED           250.00             .00           250.00
CHICAGO REG COUNCIL CARP   UNSECURED          2909.28             .00          2909.28
COMMONWEALTH EDISON        UNSECURED         NOT FILED            .00              .00
ROUNDUP FUNDING LLC        UNSECURED           923.81             .00           923.81
EMSCO                      UNSECURED         NOT FILED            .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          1210.75             .00          1210.75
HOUSEHOLD BANK             UNSECURED         NOT FILED            .00              .00
MCS                        UNSECURED         NOT FILED            .00              .00
NCO FINANCIAL SYSTEMS      UNSECURED         NOT FILED            .00              .00
NICL LABORATORIES          UNSECURED         NOT FILED            .00              .00
WESTERN CURRENCY EXCHANG   UNSECURED         NOT FILED            .00              .00
CURRENCY EXCHANGE          NOTICE ONLY       NOT FILED            .00              .00
ILLINOIS DEPT OF REVENUE   UNSECURED             30.00            .00            30.00
JOSEPH WROBEL              DEBTOR ATTY        2,194.00                         2,194.00
TOM VAUGHN                 TRUSTEE                                               896.75
DEBTOR REFUND              REFUND                                                 37.37

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             17,675.00

PRIORITY                                    38.20
SECURED                                  7,950.00
    INTEREST                               414.49

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 09534 PETER SMITH
```

```
UNSECURED                                                     6,144.19
ADMINISTRATIVE                                                2,194.00
TRUSTEE COMPENSATION                                            896.75
DEBTOR REFUND                                                    37.37
                                        ----------------   ----------------
TOTALS                                        17,675.00          17,675.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE